**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| CHANTAE' S. PETERMAN, | : |
| Plaintiff, | : |
| v. | : Case No. 1:13-cv-91 (WLS) |
| WAL-MART STORES, INC., | : |
| Defendant. | : |

**ORDER**

Before the Court is counsel Neil R. Flit's Motion to Withdraw as Attorney for Plaintiff Chantae' S. Peterman. After Defendant removed this case from the State Court of Dougherty County, Flit moved to withdraw because he is not admitted to practice in the Middle District of Georgia. The record reflects that attorney Flit complied with the Court's local rules regarding notice to his client and the opposing party. The record also reflects that no one has objected to Flit's withdrawal. For good cause shown, Flit's motion is **GRANTED**.

Finally, because Plaintiff is now proceeding *pro se*, the Court deems it appropriate and necessary to take this opportunity to ensure that Plaintiff is specifically noticed that, unless and until she retains other counsel, she is required to prosecute her case and comply with the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for the Middle District of Georgia and any Orders of this Court. Plaintiff is further noticed that her failure to proceed in this case as instructed or to proceed in violation of the Court's Orders could result in the Court's imposition of sanctions against Plaintiff, including dismissal of the above-captioned case with

1

prejudice.  Additionally, Plaintiff must keep the Clerk of Court advised of her address at all times.

     **SO ORDERED**, this   27th   day of September 2013.

                                           /s/ W. Louis Sands  
                                          **THE HONORABLE W. LOUIS SANDS,  
UNITED STATES DISTRICT COURT**